# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BRIDGET BROWN,** : | |
| : | |
| **Plaintiff,** : | |
| : | CIVIL ACTION |
| v. : | |
| : | NO. 17-1827 |
| : | |
| **ARIA HEALTH,** : | |
| : | |
| **Defendant.** : | |

## ORDER

**AND NOW**, this __17th_____ day of April, 2019, upon consideration of Defendant's Motion for Summary Judgment ("Motion") (Doc. 22), Plaintiff's response thereto (Doc. 27), and Defendant's reply (Doc. 28), **IT IS HEREBY ORDERED AND DECREED** that Defendant's Motion is **GRANTED IN PART AND DENIED IN PART**.[1]

                                              **BY THE COURT:**

                                              **/s/ Petrese B. Tucker**

                                              _____
                                              **Hon. Petrese B. Tucker, U.S.D.J.**

---

[1] This Order accompanies the Court's Memorandum Opinion dated April 17, 2019.